**FILED**

**JUL 24 2012**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

**SEALED**

1  BENJAMIN B. WAGNER
   United States Attorney
2  GRANT B. RABENN
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for the
    United States of America

7

          IN THE UNITED STATES DISTRICT COURT FOR THE
8
                EASTERN DISTRICT OF CALIFORNIA
9

10 IN THE MATTER OF THE          )   S.W. NO. 1:12-SW-00176-BAM
   SEARCH OF:                    )
11                               )   **UNDER SEAL**
                                 )
   1836 Choctaw Way, Modesto,    )
12 California 95356              )   ORDER SEALING SEARCH WARRANT
                                 )   AFFIDAVIT
13 _____  )
                                 )
14                           ·   )
                                 )
15                               )
                                 )
16                               )
                                 )
17                               )
                                 )
18                               )

19      The United States of America, having applied to this Court, for an

20 Order permitting it to file the search warrant and application and

21 affidavits in the above-entitled proceedings, together with its Application

22 to Seal, Memorandum of Points and Authorities and the accompanying

23 Declaration of Grant B. Rabenn, under seal, and good cause appearing

24 therefor,

25      IT IS HEREBY ORDERED that the search warrant affidavit in the above-

26 entitled proceeding, together with the Application To Seal of the United

27 States Attorney and the accompanying Memorandum of Points and Authorities

28 and Declaration of Grant B. Rabenn, shall be filed with the Court <u>in</u>

                                  1

1  camera, under seal and shall not be disclosed pending further order of this

2  court.

3

4  DATED: 7/24/12

5  Hon. Barbara A. McAuliffe
   U.S. MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2