FILED

MAY 24 2013

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF:, | ORDER TO UNSEAL SEARCH WARRANT AND AFFIDAVIT |
|---|---|
| SAFE DEPOSIT BOX NUMBER #4226N LOCATED AT BANK OF AMERICA BRANCH LOCATED AT 3416 MCHENRY AVENUE, MODESTO, CA 95350 | CASE NO. 1:12-SW-00183 BAM |
| 1836 CHOCTAW WAY, MODESTO, CA 95350 | CASE NO. 1:12-SW-00176 BAM |
| BLACK APPLE IPHONE 4, MODEL A1332 AND WHITE APPLE IPHONE 4, MODEL A1332 | CASE NO. 1:12-SW-00200 BAM |
| WHITE TOYOTA MINIVAN, CA LICENSE 5ZMV637; SILVER HONDA SEDAN, CA LICENSE 6KXU493; AND BLACK ACURA TL, CA LICENSE 6VLR693 | CASE NO. 1:12-SW-00373 SKO |
| A WHITE IPHONE, MODEL A1387 EMC 2430. A BLACK IPHONE WITH A CRACKED FRONT MODE A1387 EMC2430 | CASE NO. 1:13-SW-00094 GSA |
| A BLUE SAMSUNG GALAXY S3 MODEL NUMBER SGH-T-999 SERIAL NUMBER R21C70N0VSV | CASE NO. 1:13-SW-00099 GSA |

The search warrants and affidavits in support of the above-referenced search warrants, having previously been sealed by orders of this Court, and it appearing that the search warrants and affidavits no longer need to remain sealed based on the government's motion,

IT IS HEREBY ORDERED that the search warrants and affidavits in support of the search warrants herein be unsealed and made public record.

DATED: May 23 2013

_____
HON. BARBARA A. MCAULIFFE
UNITED STATES MAGISTRATE JUDGE

Order to Unseal SW                              1